## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHARLES WHITFIELD
ADC #87000                                                                                    PLAINTIFF

V.                              NO: 5:06CV00061 SWW/HDY

DAVID WHITE *et al.*                                                                         DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court additionally certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment would not be taken in good faith

DATED this 16TH day of March, 2006.


                                                /s/Susan Webber Wright

                                                UNITED STATES DISTRICT JUDGE